# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00666-CR
NO. 03-00-00667-CR

**Luis David Moreno, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT NOS. 0980698 & 0002641, HONORABLE WILFORD FLOWERS, JUDGE PRESIDING

**PER CURIAM**

Appellant's motion to dismiss these appeals is granted. *See* Tex. R. App. P. 42.2(a). The appeals are dismissed.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed on Appellant's Motion

Filed: March 15, 2001

Do Not Publish